# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00463-CV

**In re Jason Miears**

## ORIGINAL PROCEEDING FROM BEXAR COUNTY

## M E M O R A N D U M   O P I N I O N

Jason Miears has petitioned the Court for a writ of audita querela, asking us to assume jurisdiction over appeals from convictions in the 379th District Court of Bexar County. The petition is denied.

 

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Filed:   August 4, 2011